No. 3914.—FARINACCI ET AL., apldos., v. NIAGARA FIRE INSURANCE Co., aplte.—C. D. Ponce. Cobro de Póliza. Mayo 28, 1926. Vistos la moción de desestimación de apelación, el escrito de oposición a la misma, examinados los autos, y apareciendo que la transcripción de la evidencia fué radicada en la corte inferior el día 20 de octubre de 1925, no habiendo el apelante gestionado su aprobación hasta después del día 15 de febrero 1926, en que el juez propietario a iniciativa propia dictó una orden inhibiéndose de impartir su aprobación a la referida transcripción por no haber intervenido en el juicio del caso; que el día 1º de marzo 1926 el secretario de la corte de distrito trasmitió al ex-juez que había presidido durante el juicio varias mociones en distintos casos inclusive el presente solicitando que se señalase un día para la aprobación a los fines de la apelación de las transcripciones de la evidencia radicadas en dichos casos; que en 16 de marzo 1926 reprodujo el apelante su moción a dicho ex-juez pidiendo que se señalase día para la aprobación de la transcripción de la evidencia en este caso sin constancia alguna de que tal moción fuera trasmitida a dicho ex-juez, o que el apelante haya practicado otra gestión o diligencia hasta la fecha, para obtener la aprobación de la

referida transcripción de la evidencia; y visto el caso de *Fernández Náter* v. *Aponte*, 35 D.P.R. 49, se declara con lugar la moción y se desestima la apelación.